**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

SYLVIA HOPSON                                                                                          PLAINTIFF
ADC #705131

v.                                              NO. 5:15CV00062 JLH/JWC

MICHELLE GLOVER, *et al*.                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted by United States Magistrate Judge Jerry W. Cavaneau.  No objections have been filed.

After careful consideration, the Court concludes that the Proposed Findings and Partial

Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this

Court's findings in all respects.

IT IS THEREFORE ORDERED THAT defendant Michelle Glover's motion to dismiss is

DENIED.  Document #8.

DATED this 9th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE