### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

SYLVIA HOPSON                                                                                                    PLAINTIFF
ADC #705131

v.                                        NO. 5:15CV00062 JLH/JWC

MICHELLE GLOVER, Sergeant,
Hawkins Womens Unit; and
MARIA LANE, Nurse, Hawkins Womens Unit                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition (Document #20) should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT defendant Maria Lane's motion to dismiss is DENIED. Document #12.

DATED this 19th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE