IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SYLVIA HOPSON                                                                                PLAINTIFF
ADC #705131

V.                                          NO: 5:15CV00062 JLH

MICHELLE GLOVER *et al*                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motions for summary judgment filed by defendants Maria Lane and Michelle Glover (Doc. Nos. 37 & 40) are GRANTED, and plaintiff Sylvia Hopson's complaint is DISMISSED WITH PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE