IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SYLVIA HOPSON                                                                                               PLAINTIFF
ADC #705131

V.                                              NO: 5:15CV00062 JLH

MICHELLE GLOVER *et al*                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 8th day of ~~January~~ *March*, 2017.

_____
UNITED STATES DISTRICT JUDGE